09-497
SRC

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**UNITED STATES v. TYRELL THROWER**   D/O/E   1985   SBI: 491474C

---

## PETITION FOR
## WRIT OF HABEAS CORPUS

1. TYRELL THROWER, (D/O/B:    /1985) is now confined at the Hudson County Jail, 35 Hackensack Avenue, Kearney, New Jersey 07032.

2. Said individual will be required at Newark, New Jersey, before the Hon. Stanley R. Chesler, United States District Judge, on **Tuesday, July 14th, 2009, at 11:00 a.m.**, for an **Arraignment**. A Writ of Habeas Corpus should be issued for that purpose.

DATED: July 6th, 2009

BRIAN URBANO
ASSISTANT U.S. ATTORNEY

---

## ORDER

Let the Writ Issue.

DATED: 7/7, 2009

HON. STANLEY R. CHESLER
UNITED STATES DISTRICT JUDGE

---

## WRIT OF HABEAS CORPUS

The United States of America to the Warden of the Hudson County Jail, Kearney, New Jersey

WE COMMAND YOU that you have the body of

**TYRELL THROWER**

now confined at the Hudson County Jail, be brought before the United States District Court, the Hon. Stanley R. Chesler, U.S. District Judge, in the United States Post Office Building and Courthouse, Federal Square, Newark, New Jersey 07102, on July 14th, 2009, at 11:00 a.m., so that he may appear for an **Arraignment** in the above-captioned matter.

WITNESS the Honorable Stanley R. Chesler
United States District Judge
Newark, New Jersey

DATED: 7/7/09

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk