UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA          :     Hon. Stanley R. Chesler
                                        Crim. No. 09-497 (SRC)
            v.                    :
                                        CONTINUANCE ORDER
TYRELL THROWER,                   :

This matter having come before the Court on the joint application of Ralph J. Marra, Jr., United States Attorney for the District of New Jersey (by Brian L. Urbano, Assistant U.S. Attorney), and defendant Defendant Tyrell Thrower (by John Yauch, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that she has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are currently in progress, and both the United States and the defendants desire additional time to finalize a plea agreement, which would render trial of this matter unnecessary;

2.  Defendant has consented to the aforementioned continuance; and

3.  Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this \_\_17\_\_ day of September, 2009,

IT IS ORDERED that defense motions shall be filed by November 16, 2009, the government's reply shall by filed by November 30, 2009, the argument of the motions is scheduled for December 7, 2009, and the trial is scheduled for December 14, 2009; and

IT IS FURTHER ORDERED that the period from September 15, 2009, through November 15, 2009, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8).

_____
HON. STANLEY R. CHESLER
United States District Judge

I hereby consent to the form
and entry of this Order

_____
John Yauch, Esq.
ATTORNEY FOR DEFENDANT

_____
BRIAN L. URBANO, AUSA